**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District of New York

Case number (*If known*): _____   Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Neighborhood Radiology Services, P.C.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   
   _____
   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number** (EIN)   47-3780447

4. **Debtor's address**

   **Principal place of business**
   
   113-02 Queens Blvd.
   Number     Street
   
   _____
   
   Forest Hills        NY    11375
   City                State    ZIP Code
   
   Queens County
   County
   
   **Mailing address, if different from principal place of business**
   
   _____
   Number     Street
   
   _____
   P.O. Box
   
   _____
   City                State    ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   _____
   Number     Street
   
   _____
   
   _____
   City                State    ZIP Code

5. **Debtor's website** (URL)   _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor    Neighborhood Radiology Services, P.C.                                Case number (*if known*)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

621512

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY
      District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes. Debtor Neighborhood Radiology Management    Relationship Affiliate
      District EDNY                                When 06/16/2022
                                      MM / DD / YYYY
      Case number, if known 22-41393

Debtor   Neighborhood Radiology Services, P.C. _____    Case number (*if known*)_____
         *Name*

| | |
|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>   Number   Street<br>_____<br>_____<br>City                                         State        ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. **Estimated number of creditors** | ☑ 1-49           ☐ 1,000-5,000          ☐ 25,001-50,000<br>☐ 50-99          ☐ 5,001-10,000         ☐ 50,001-100,000<br>☐ 100-199        ☐ 10,001-25,000        ☐ More than 100,000<br>☐ 200-999 |
| 15. **Estimated assets** | ☑ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor  Neighborhood Radiology Services, P.C.                          Case number (*if known*)_____
      Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/16/2022
            MM / DD / YYYY

✘ /s/ Daniel DiPietro                                   Daniel DiPietro
Signature of authorized representative of debtor        Printed name

Title  Director of Operations

**18. Signature of attorney**

✘ /s/ Dawn Kirby                           Date  06/16/2022
Signature of attorney for debtor                   MM / DD / YYYY

Dawn Kirby
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road Suite 237
Number   Street

Scarsdale                                   NY        10583
City                                        State     ZIP Code

(914) 401-9500                              dkirby@kacllp.com
Contact phone                               Email address

2733004                                     NY
Bar number                                  State

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy      page **4**

Debtor  Neighborhood Radiology Services, P.C.    Case number (*if known*)
        First Name   Middle Name   Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

**CDP Holdings Group, Inc.**   **EDNY**         **06/16/2022**         **22-41392**

227 Franklin Realty LLC
2999 Long Beach Road
Oceanside, NY 11572

227 Franklin Realty, LLC
2999 Long Beach Road
Oceanside, NY 11572

227 Franklin Realty, LLC
c/o Bernard S. Feldman, PC
111 Great Neck Road, Suite 214
Great Neck, NY 11021

A.J. Richard & Sons Inc.
150 Price Parkway
Farmingdale, NY 11735

American Equity Bank
5900 Green Oak Drive
Suite 100
Minnetonka, MN 55543

American Express Travel Related Services  Com
200 Vesey Street
New York, NY 10285

Bessie & George Despotopoulos
c/o Sullivan Papain Block/ Elizabeth Mon
1140 Franklin Ave, Suite 200
Garden City, NY 10271

Bessie and George Despotopoulos
145-93 9th Avenue
Whitestone, NY 11357

Bessie and George Despotopoulos
145-93 9th Avenue
Forest Hills, NY 11375

Bronster LLP
156 W 56th Street, Suite 902
New York, NY 10019

Bronster LLP
156 W 56th Street, Suite 902
Attn: J. Logan Rappaport
New York, NY 10019

CBIZ Insurance Services Inc.
Attn: Accounting
44 Baltimore Street
Cumberland, MD 21502

CDP Holdings Group, LLC
113-02 Queens Blvd
Forest Hills, NY 11375

Cisco Systems Capital
1111 Old Eagle School Road
Wayne, PA 19087

Daniel DiPietro
113-02 Queens Blvd.
Forest Hills, NY 11375

Daniel DiPietro
113-02 Queens Blvd
Forest Hills, NY 11375

Danziger & Markoff LLP
1133 Westchester Avenue
West Harrison, NY 10604

Danziger & Markoff LLP
c/o Murray S. Lubitz, Esq.
2445 Main Street
White Plains, NY 10601

Dell Financial Services LLC
99355 Collections Center Drive
Chicago, IL 60693

Deniz A. Gunaydin, Esq.
Silberstein, Awad & Miklos, PC
600 Old County Road, Suite 505
Garden City, NY 11530

Foster Garvey PC
Maurice W. Heller
100 Wal Street, 20th Floor
New York, NY 10005

Guerbet LLC
214 Carnegie Center Suite 300
Princeton, NJ 08540

Guerbet LLC
c/o Meyers Saxon & Cole
3260 Quentin Road
Brooklyn, NY 11234

Hudson Valley Interventional Medicine
185 Rykowski Lane
Ste 101
Middletown, NY 10941

Hudson Valley Interventional Medicine, PLLC
c/o Foster Garvey
100 Wall Street, 20th Floor
New York, NY 10005

Hudson Valley Interventional Medicine, PLLC
c/ o Foster Garvey
100 Wall Street, 20th Floor
New York, NY 10005

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Island Valet Service Inc.
28 Fourth Street
Valley Stream, NY 11582

Island Valet Service, Inc.
28 Fourth Street
Valley Stream, NY 11582

James McCaffrey
c/o Steve Z. Gokberk, Esq., Kohan Law Gr
1180 Northern Blvd, Suite 201
Manhasset, NY 11030

Long Island Radiology Associates, PC
545 Elmont Road
Elmont, NY 11003

Luminate Bank
5900 Green Oak Dr #100
Hopkins, MN 55343

Margaret Byron

Margaret Byron, as Administratrix
c/o Silverson, Peareres & Lombardi, LLP
192 Lexington Avenue, 17th Floor
New York, NY 10016

Marylou Paolucci, Esq.
Marylou Paolucci & Associates, PC
16 Trent Lane
Smithtown, NY 11787

Matthew Diament MD
113-02 Queens Blvd
Forest Hills, NY 11375

Matthew Diament, MD
113-02 Queens Blvd
Forest Hills, NY 11375

Meyers Saxon & Cole
3620 Quentin Road
Brooklyn, NY 11234

Moss & Barnet
150 South Fifth Street, Suite 1200
attn: Christopher Ferreira, Esq.
Minneapolis, MN 55402

Neighborhood Radiology Management Services, L
113-02 Queens Blvd
Forest Hills, NY 11375

Northpoint Capital Partners, LLC
6465 Wayzata Blvd.
Suite 760
Minneapolis, MN 55426

Northpoint Commercial Credit, LLC
6465 Wayzata Blvd.
Suite 760
Minneapolis, MN 55426

NYC Corporation Counsel
100 Church Street, RM 5-240
Attn: Bankruptcy Dept.
New York, NY 10007

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300


Premier Imaging Associates, PLLC
260 Route 303 North
West Nyack, NY 10994


Ramonita Barrios
249 Beach 15th Street
Far Rockaway, NY 11691


Siemens Financial Services, Inc.
170 Wood Ave. South
Iselin, NJ 08830


Signature Bank
c/o Meyner & Landis LLP
100 Park Avenue, 16th Floor
New York, NY 10017


Signature Financial LLC
225 Broadhollow Road
Suite 132W
Melville, NY 11747


Stephen David Fink, Esq.
118-35 Queens Boulevard, Suite 1220
Forest Hills, NY 11375


Streusand Landon Ozburn & Lemmon LLP
1801 S. MoPac Expressway, Ste 320
attn: Richard Villa
Austin, TX 78746


Todd Ritschdorff
Philips Lytle LLP
30 South Pearl Street
Albany, NY 12207-3425


U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203


U.S. Small Business Administration
26 Federal Plaza #3100

U.S. Small Business Administration
26 Federal Plaza #3100
New York, NY 10278


Ultrasound Solutions Corp.
123 Comac Street
Ronkonkoma, NY 11779


Ultrasound Solutions Corp.
123 Comac Street


Vibrant Credit Union
6600 44th Avenue
Moline, IL 61265

United States Bankruptcy Court
Eastern District of New York

In re: Neighborhood Radiology Services, P.C.

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/16/2022

/s/ Daniel DiPietro
Signature of Individual signing on behalf of debtor

Director of Operations
Position or relationship to debtor