**Fill in this information to identify the case:**

Debtor name _____Neighborhood Radiology Services, P.C._____

United States Bankruptcy Court for the: _____Eastern District of New York_____

(State)

Case number (If known): _____1-22-41394_____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* ..............................................................................     $ _____0.00

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B*..............................................................................     $ _____1,665,719.15

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* ..............................................................................     $ _____1,665,719.15

---

**Part 2:** **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................     $ _____8,724,850.72

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................     $ _____244,000.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.............................................     +$ _____1,968,083.71

4. **Total liabilities** .........................................................................................................................................     $ _____10,936,934.43

    Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name ___Neighborhood Radiology Services, P.C.___

United States Bankruptcy Court for the: ___Eastern District of New York___

Case number (If known): ___1-22-41394___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo Bank | Checking | 2  7  6  9 | $ 4,244.27 |
| 3.2. See continuation sheet | | | $ 1,308.50 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ 5,552.77

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $_____
   7.2. _____  $_____

| Debtor | Neighborhood Radiology Services, P.C. | Case number (if known) | 1-22-41394 |
| --- | --- | --- | --- |
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $ _____

8.2. _____ $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $ _____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**11. Accounts receivable**

11a. 90 days old or less:    1,796,358.26    –    782,310.00    = ........➡    $ 1,014,048.26
                             face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    2,307,568.12    –    1,661,450.00    = ........➡    $ 646,118.12
                          face amount            doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 1,660,166.38

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                           % of ownership:

15.1. _____    _____%    _____    $ _____

15.2. _____    _____%    _____    $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $ _____

16.2. _____    _____    $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ _____

---

| Debtor | Neighborhood Radiology Services, P.C. | | Case number *(if known)* | 1-22-41394 |
|---|---|---|---|---|
| | Name | | | |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** Miscellaneous Medical Supplies _____ | _____ MM / DD / YYYY | $_____ | _____ | Unknown $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor     Neighborhood Radiology Services, P.C.                          Case number *(if known)* 1-22-41394
           Name

---

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> (15) Desks; (1) Long Desk; (37) Chairs; (3) Cabinets: and (1) Refrigerator | $_____ | _____ | $ Unknown |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | · $_____ | |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                    $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

| Debtor | Neighborhood Radiology Services, P.C. | Case number (if known) | 1-22-41394 |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white;">Part 8:</div> **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See Attached for List | $_____ | _____ | $ Unknown |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.          $ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Debtor | Neighborhood Radiology Services, P.C. | Case number (if known) | 1-22-41394 |
|---|---|---|---|
| | Name | | |

---

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:  Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61.  **Internet domain names and websites**<br>https://www.neighborhoodrad.com/ | $_____ | | Unknown<br>$_____ |
| 62.  **Licenses, franchises, and royalties**<br>_____ | $_____ | | $_____ |
| 63.  **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | | $_____ |
| 64.  **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65.  **Goodwill**<br>_____ | $_____ | | $_____ |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

| Debtor | Neighborhood Radiology Services, P.C. | | Case number *(if known)* | 1-22-41394 |
|---|---|---|---|---|
| | Name | | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____  −  _____  = ➜   $_____
                                      Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____

$_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

$_____

**Nature of claim**   _____

**Amount requested**   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____

$_____

**Nature of claim**   _____

**Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

_____

$_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Neighborhood Radiology Services, P.C. | Case number (if known) | 1-22-41394 |
| --- | --- | --- | --- |
| | Name | | |

---

<table>
<tr><td style="background:black;color:white"><strong>Part 12:</strong></td><td><strong>Summary</strong></td></tr>
</table>

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 5,552.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,660,166.38 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,665,719.15 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................ 1,665,719.15 ......................... $ 1,665,719.15

| | 1-22-41394 |
|---|---|
| Debtor 1  Neighborhood Radiology Services, P.C. | Case number *(if known)* |
| First Name    Middle Name    Last Name | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

**M&T Bank**              **Checking**              **6384**

**Balance: 1,182.93**

**Wells Fargo Bank**         **Checking**              **4188**

**Balance: 125.57**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Neighborhood Radiology Services, P.C. |
| United States Bankruptcy Court for the: | Eastern District of New York |
| Case number (If known): | 1-22-41394 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** 
Creditor's name
American Equity Bank

Creditor's mailing address
5900 Green Oak Drive
Suite 100, Minnetonka, MN 55543

Creditor's email address, if known

Date debt was incurred   12/06/2020
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

Describe debtor's property that is subject to a lien
All Assets

$ 6,750,000.00          $ 0.00

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.2** 
Creditor's name
Northpoint Capital Partners, LLC

Creditor's mailing address
6465 Wayzata Blvd.
Suite 760, Minneapolis, MN 55426

Creditor's email address, if known

Date debt was incurred
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
All Assets

$Undetermined          $Undetermined

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 8,724,850.72

| Debtor | Neighborhood Radiology Services, P.C. | Case number (if known) | 1-22-41394 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3 Creditor's name**
Northpoint Commercial Credit, LLC

**Describe debtor's property that is subject to a lien**

All Assets

$1,610,030.72     $Unknown

**Creditor's mailing address**

6465 Wayzata Blvd.
Suite 760, Minneapolis, MN 55426

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

UCC

**Last 4 digits of account number** ____7750

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

　☐ Yes. The relative priority of creditors is specified on lines _____

**2.4 Creditor's name**
Signature Financial LLC

**Describe debtor's property that is subject to a lien**

2012 Hologic Selenia Dimensions 3D Mammography System

$111,803.00     $Undetermined

**Creditor's mailing address**

225 Broadhollow Road
Suite 132W, Melville, NY 11747

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

　☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | Neighborhood Radiology Services, P.C. | | Case number (if known) | 1-22-41394 |
|---|---|---|---|---|
| | Name | | | |

---

**Part 1:    Additional Page**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
Signature Financial LLC

**Creditor's mailing address**

225 Broadhollow Road
Suite 132W, Melville, NY 11747

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2013 Hologic Dimension 3D Mamography System

$103,017.00    $Unknown

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** Creditor's name
U.S. Small Business Administration

**Creditor's mailing address**

2 North Street
Suite 320, Birmingham, AL 35203

**Creditor's email address, if known**

**Date debt was incurred** 06/05/2020
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Assets

$150,000.00    $ Undetermined

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Neighborhood Radiology Services, P.C. | Case number (if known) | 1-22-41394 |
|--------|----------------------------------------|------------------------|------------|
|        | Name                                   |                        |            |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|-------------------------------------------------|
| Bronster LLP<br>156 W 56th Street, Suite 902<br>New York, NY, 10019 | Line 2. 4 | _____ |
| Bronster LLP<br>156 W 56th Street, Suite 902<br>Attn: J. Logan Rappaport<br>New York, NY, 10019 | Line 2. 5 | _____ |
| Moss & Barnet<br>150 South Fifth Street, Suite 1200<br>attn: Christopher Ferreira, Esq.<br>Minneapolis, MN, 55402 | Line 2. 1 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Neighborhood Radiology Services, P.C.

United States Bankruptcy Court for the:  Eastern District of New York

Case number  1-22-41394
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Daniel DiPietro
113-20 Queens Blvd
Forest Hills, NY, 11375

As of the petition filing date, the claim is: $ 150,000.00   $ 13,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.2** Priority creditor's name and mailing address
Matthew A. Diament
113-02 Queens Blvd
Forest Hills, NY, 11375

As of the petition filing date, the claim is: $ 94,000.00   $ 13,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| | |
|---|---|
| Debtor | Neighborhood Radiology Services, P.C. |
| | Name |

Case number *(if known)* 1-22-41394

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
227 Franklin Realty, LLC
2999 Long Beach Road
Oceanside, NY, 11572

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Corporate Guaranty

$ 282,648.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
A.J. Richard & Sons Inc.
150 Price Parkway
Farmingdale, NY, 11735

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Corporate Lease Guaranty

$ Undetermined

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Bessie and George Despotopoulos
145-93 9th Avenue
Whitestone, NY, 11357

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation Claim

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
CBIZ Insurance Services Inc.
Attn: Accounting
44 Baltimore Street
Cumberland, MD, 21502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 39,508.32

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Cisco Systems Capital
1111 Old Eagle School Road
Wayne, PA, 19087

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Corporate Guaranty

$ 27,143.00

Date or dates debt was incurred _____

Last 4 digits of account number 2651

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Daniel DiPietro
113-02 Queens Blvd.
Forest Hills, NY, 11375

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 139,422.87

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Neighborhood Radiology Services, P.C. | Case number (if known) | 1-22-41394 |
|--------|----------------------------------------|------------------------|------------|
|        | Name |  |  |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Danziger & Markoff LLP
1133 Westchester Avenue
West Harrison, NY, 10604

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26,171.25

---

**3.8** Nonpriority creditor's name and mailing address

Dell Financial Services LLC
99355 Collections Center Drive
Chicago, IL, 60693

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Corporate Guaranty

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 8939

$ 349,200.53

---

**3.9** Nonpriority creditor's name and mailing address

Guerbet LLC
214 Carnegie Center Suite 300

Princeton, NJ, 08540

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 65,601.51

---

**3.10** Nonpriority creditor's name and mailing address

Hudson Valley Interventional Medicine
185 Rykowski Lane
Ste 101
Middletown, NY, 10941

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 65,242.50

---

**3.11** Nonpriority creditor's name and mailing address

Hudson Valley Interventional Medicine, PLLC
c/o Foster Garvey
100 Wall Street, 20th Floor
New York, NY, 10005

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

| Debtor | Neighborhood Radiology Services, P.C. | Case number *(if known)* | 1-22-41394 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12**   Nonpriority creditor's name and mailing address

Island Valet Service, Inc.
28 Fourth Street
Valley Stream, NY, 11582

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 18,360.00

---

**3.13**   Nonpriority creditor's name and mailing address

James McCleavey MD
8370 Dario Way
Fort Myers, FL, 33912

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance Reimbursement

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,307.00

---

**3.14**   Nonpriority creditor's name and mailing address

Luminate Bank
5900 Green Oak Dr #100
Hopkins, MN, 55343

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 61,407.30

---

**3.15**   Nonpriority creditor's name and mailing address

Margaret Byron, as Administratrix
c/o Silverson, Peareres & Lombardi, LLP
192 Lexington Avenue, 17th Floor
New York, NY, 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Undetermined

---

**3.16**   Nonpriority creditor's name and mailing address

Premier Imaging Associates, PLLC
260 Route 303 North
West Nyack, NY, 10994

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,350.00

---

| Debtor | Neighborhood Radiology Services, P.C. | Case number (if known) | 1-22-41394 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.17** **Nonpriority creditor's name and mailing address**

Ramonita Barrios
249 Beach 15th Street
Far Rockaway, NY, 11691

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Unknown

**Basis for the claim:** Medical Malpractice Lawsuit

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.18** **Nonpriority creditor's name and mailing address**

RAW Restoration Services Inc.,
d/b/a Servpro of Ozone Park/Jamaica Bay
87-17 97th Avenue
Ozone Park, NY, 11416

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31,685.22

**Basis for the claim:** Mechanic's Lien

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.19** **Nonpriority creditor's name and mailing address**

Siemens Financial Services, Inc.
170 Wood Ave. South
Iselin, NJ, 08830

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

$ 562,475.13

**Basis for the claim:** Corporate Guaranty

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.20** **Nonpriority creditor's name and mailing address**

Siemens Financial Services, Inc.
170 Wood Ave.
Iselin, NJ, 08830

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 282,561.08

**Basis for the claim:** Corporate Guaranty

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.21** **Nonpriority creditor's name and mailing address**

Ultrasound Solutions Corp.
123 Comac Street
Ronkonkoma, NY, 11779

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Neighborhood Radiology Services, P.C. | Case number *(if known)* | 1-22-41394 |
|---|---|---|---|
| | Name | | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | 227 Franklin Realty, LLC<br>c/o Bernard S. Feldman, PC<br>111 Great Neck Road, Suite 214<br>Great Neck, NY, 11021 | Line 3.1<br>☐ Not listed. Explain: | _____ |
| 4.2. | Bessie & George Despotopoulos<br>c/o Sullivan Papain Block/ Elizabeth Montesano<br>1140 Franklin Ave, Suite 200<br>Garden City, NY, 10271 | Line 3.3<br>☐ Not listed. Explain | _____ |
| 4.3. | Danziger & Markoff LLP<br>c/o Murray S. Lubitz, Esq.<br>2445 Main Street<br>White Plains, NY, 10601 | Line 3.7<br>☐ Not listed. Explain | _____ |
| 4.4. | Deniz A. Gunaydin, Esq.<br>Silberstein, Awad & Miklos, PC<br>600 Old County Road, Suite 505<br>Garden City, NY, 11530 | Line 3.17<br>☐ Not listed. Explain | _____ |
| 41. | Foster Garvey PC<br>Maurice W. Heller<br>100 Wal Street, 20th Floor<br>New York, NY, 10005 | Line 3.10<br>☐ Not listed. Explain | _____ |
| 4.5. | Marylou Paolucci, Esq.<br>Marylou Paolucci & Associates, PC<br>16 Trent Lane<br>Smithtown, NY, 11787 | Line 3.21<br>☐ Not listed. Explain | _____ |
| 4.6. | Meyers Saxon & Cole<br>3620 Quentin Road<br>Brooklyn, NY, 11234 | Line 3.9<br>☐ Not listed. Explain | _____ |
| 4.7. | Stephen David Fink, Esq.<br>118-35 Queens Boulevard, Suite 1220<br>Forest Hills, NY, 11375 | Line 3.12<br>☐ Not listed. Explain | _____ |
| 4.8. | Streusand Landon Ozburn & Lemmon LLP<br>1801 S. MoPac Expressway, Ste 320<br>attn: Richard Villa<br>Austin, TX, 78746 | Line 3.8<br>☐ Not listed. Explain | _____ |
| 4.9. | Todd Ritschdorff<br>Philips Lytle LLP<br>30 South Pearl Street<br>Albany, NY, 12207-3425 | Line 3.19<br>☐ Not listed. Explain | _____ |
| 4.10. | Todd Ritschdorff<br>Phillips Lytle LLP<br>30 South Pearl Street<br>Albany, NY, 12207 | Line 3.20<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

Debtor ___Neighborhood Radiology Services, P.C._____    Case number *(if known)* ___1-22-41394_____
           Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 244,000.00 |
| 5b. **Total claims from Part 2** | 5b.  **+** | $ 1,968,083.71 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,212,083.71 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Neighborhood Radiology Services, P.C.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of New York</td></tr>
<tr><td>Case number (If known):</td><td>1-22-41394        Chapter   11</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest: Utility Provider<br><br>State the term remaining<br>List the contract number of any government contract | MAP Communications<br>840 Greenbrier Circle<br>Chesapeake, VA, 23320 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest: Radiology Services Agreement<br><br>State the term remaining<br>List the contract number of any government contract | Hudson Valley Interventional Medicine, PLLC<br>185 Rykowski Lane, Suite 101<br>Middletown, NY, 10941 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest: Referral and Management Contract<br><br>State the term remaining<br>List the contract number of any government contract | RADlinX |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest:<br><br>State the term remaining<br>List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest:<br><br>State the term remaining<br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    Neighborhood Radiology Services, P.C.

United States Bankruptcy Court for the:    Eastern District of New York

Case number (If known):    1-22-41394

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Long Island Radiology Associates, PC | Long Island Radiology Associates, PC 545 Elmont Road Elmont, NY 11003 | Signature Financial LLC | ☑ D ☐ E/F ☐ G |
| 2.2 CDP Holdings Group | CDP Holdings Group, LLC 113-02 Queens Blvd Forest Hills, NY 11375 | Signature Financial LLC | ☑ D ☐ E/F ☐ G |
| 2.3 Neighborhood Radiol | Neighborhood Radiology Management Services, LLC 113-02 Queens Blvd Forest Hills, NY 11375 | Signature Financial LLC | ☑ D ☐ E/F ☐ G |
| 2.4 Long Island Radiolog | Long Island Radiology Associates, PC 545 Elmont Road Elmont, NY 11003 | Signature Financial LLC | ☑ D ☐ E/F ☐ G |
| 2.5 CDP Holdings Group | CDP Holdings Group, LLC 113-02 Queens Blvd Forest Hills, NY 11375 | Signature Financial LLC | ☑ D ☐ E/F ☐ G |
| 2.6 CDP Holdings Group | CDP Holdings Group, LLC 113-02 Queens Blvd Forest Hills, NY 11375 | 227 Franklin Realty, LLC | ☐ D ☑ E/F ☐ G |

| Debtor | Neighborhood Radiology Services, P.C. | | Case number *(if known)* | 1-22-41394 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Daniel DiPietro | Daniel DiPietro<br>113-02 Queens Blvd<br>Forest Hills, NY 11375 | 227 Franklin Realty, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | Matthew Diament MD | Matthew Diament MD<br>113-02 Queens Blvd<br>Forest Hills, NY 11375 | 227 Franklin Realty, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name ___Neighborhood Radiology Services, P.C._____

United States Bankruptcy Court for the: ___Eastern District of New York_____

Case number (*If known*): ____1-22-41394_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/14/2022___          ✖ */s/ Daniel DiPietro*_____
　　　　　　　MM / DD / YYYY              Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　Daniel DiPietro_____
　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　Director of Operations_____
　　　　　　　　　　　　　　　　　Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Neighborhood Radiology Services, P.C.___

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known): ___1-22-41394___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2022 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,070,267.00 |
   | **For prior year:** | From 01/01/2021 to 12/31/2021<br>MM / DD / YYYY        MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 7,079,239.00 |
   | **For the year before that:** | From 01/01/2020 to 12/31/2020<br>MM / DD / YYYY        MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 9,261,262.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2022 to Filing date<br>MM / DD / YYYY | _____ | $ 0.00 |
   | **For prior year:** | From 01/01/2021 to 12/31/2021<br>MM / DD / YYYY        MM / DD / YYYY | _____ | $ 0.00 |
   | **For the year before that:** | From 01/01/2020 to 12/31/2020<br>MM / DD / YYYY        MM / DD / YYYY | _____ | $ 0.00 |

| Debtor | Neighborhood Radiology Services, P.C. | Case number (if known) 1-22-41394 |
|---|---|---|
| | Name | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | CBIZ Malpractice<br>Creditor's name | | $ 59,262.50 | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>☑ Other _____ |
| 3.2. | Cigna<br>Creditor's name | | $ 15,389.35 | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>☑ Other _____ |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Daniel DiPietro<br>Insider's name<br>113-02 Queens Blvd<br>Forest Hills, NY 11375 | ___<br>___<br>___ | $ 37,443.11 | Compensation for the period of 05/17/2021 through 06/16/2022 |
| | **Relationship to debtor**<br>Director of Operations | | | |
| 4.2. | Daniel DiPietro<br>Insider's name<br>113-02 Queens Blvd<br>Forest Hills, NY 11375 | ___<br>___<br>___ | $ 152,505.13 | Loan Repayments from 05/25/2021 through 06/01/2022 |
| | **Relationship to debtor**<br>Director of Operations | | | |

| Debtor | Neighborhood Radiology Services, P.C. | Case number *(if known)* | 1-22-41394 |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Siemens Financial Services, Inc. <br> Creditor's name <br> 170 Wood Ave. South <br> Iselin, NJ 08830 | Returned Equipment: (1) Magnetom Vida and all equipment related thereto  as described in Quote No. 1-OSVQ3D , one (1) Magnetom Sola and all equipment related thereto  as described in Quote No. 1-OSVQF0 , one (1) Somatom go.Up and all equipment related thereto; as described in Quote No. 1-OAGV9O , and one (1) | 12/2021 | $ Unknown |
| 5.2. | _____ <br> Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

---

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Ramonita Barrios v. Abul Azad, Howard Gelber, Jason Grotas, I?Kyori Swaby, Shava Ni Thakker, Farima OB/GYN Center, Neighborhood | Medical Malpractice | Supreme Court of the State of New York, Queens County | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 705977/2022 <br> _____ | | | |
| 7.2. | American Express Travel Related Services Company,  Inc. v. Neighborhood Radiology Services PC | Collection | Supreme Court of the State of New York, County of Nassau | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br> 651364/2020 <br> _____ | | | |

---

| Debtor | Neighborhood Radiology Services, P.C. | Case number (if known) 1-22-41394 |
|---|---|---|
| | Name | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | Case title | Court name and address |
| | | Name |
| | Case number | |
| | Date of order or assignment | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | | $ |
| | | | | $ |
| | Recipient's relationship to debtor | | | |
| 9.2. | Recipient's name | | | $ |
| | | | | $ |
| | Recipient's relationship to debtor | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $ |

---

| Debtor | Neighborhood Radiology Services, P.C. | Case number *(if known)* 1-22-41394 |
|---|---|---|
| | Name | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kirby Aisner & Curley, LLP | | 4/20/2022 | $ 10,000.00 |
| | **Address** | | | |
| | 700 Post Road, Suite 237 Scarsdale, NY 10583 | | | |
| | **Email or website address** www.kacllp.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

Debtor    Neighborhood Radiology Services, P.C.    Case number *(if known)* 1-22-41394
_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | Address | | | |
| | | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | Address | | | |
| | | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 27-47 Crescent Street, Suite 107<br>Astoria, NY 11102 | From _____ To _____ |
| 14.2. | 545 Elmont Road<br>Elmont, NY 11003 | From _____ To _____ |

| Debtor | Neighborhood Radiology Services, P.C. | Case number (if known) | 1-22-41394 |
|---|---|---|---|
| | Name | | |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

| Debtor | Neighborhood Radiology Services, P.C. | Case number *(if known)* 1-22-41394 |
|---|---|---|
| | Name | |

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No<br>☐ Yes |
| | Address | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Seller's Facilities in North Carolina _____ Name | Seller | Hologic Mammo Unit (Financed by Signapure Finance) | ☑ No<br>☐ Yes |
| | Address | | |

| Debtor | Neighborhood Radiology Services, P.C. | Case number (if known) | 1-22-41394 |
|---|---|---|---|
| | Name | | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Neighborhood Radiology Services, P.C. | Case number *(if known)* | 1-22-41394 |
|---|---|---|---|
| | Name | | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.2. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.3. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |

---

| Debtor | Neighborhood Radiology Services, P.C. | Case number (if known) 1-22-41394 |
|---|---|---|
| | Name | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Del Prete & Cheng LLP | From _____ |
| Name | To _____ |
| 111 Atlantic Avenue, Suite 1R, Brooklyn, NY 11201 | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ |
| Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ |
| Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ |
| Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |

---

Debtor    Neighborhood Radiology Services, P.C._____    Case number *(if known)* 1-22-41394_____
　　　　　Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    _____
　　　　　Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.    _____
　　　　　Name

| Name and address |
|---|

26d.2.    _____
　　　　　Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
　　　　　Name

Debtor    Neighborhood Radiology Services, P.C.
          _____          Case number (*if known*)  1-22-41394  _____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.  _____
       Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Diament, MD | , | Sole Shareholder | 100 |
| Daniel DiPietro | 113-02 Queens Blvd, Forest Hills, NY 11375 | Director of Operations | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

| Debtor | Neighborhood Radiology Services, P.C. | Case number *(if known)* 1-22-41394 |
|---|---|---|
| | Name | |

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | |
| | Name | |

| Relationship to debtor | |
|---|---|
| | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/14/2022
              MM  / DD  / YYYY

✖ */s/ Daniel DiPietro*                              Printed name  Daniel DiPietro
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Director of Operations

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Debtor Name  Neighborhood Radiology Services, P.C.

Case number *(if known)*  1-22-41394

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

Insight USA,                $22,042.94


**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

Matthew A. Diamant, MD      113-02 Queens Blvd,        $332,615.19
                            Forest Hills, NY 11375


**7) Legal Actions**

James McCaffrey v. Neighborhood Radiology Services, P.C. and ?John Doe?,
believed to be an employee of Neighborhood Radiology Services, P.C.

616250/2018

Supreme Court of the State of New York – County of Nassau

Concluded

-------

Guerbet LLC v. Neighborhood Radiology Services PC

609901/2021

Collection

Supreme Court of the State of New York, County of Nassau

Pending

-------

Signature Bank v. Neighborhood Radiology Services, PC, et. al.

605284/2020

Collection

Supreme Court of the State of New York, County of Nassau

Concluded

-------

Ultrasound Solutions Corp. v. Neighborhood Radiology Services, PC, d/b/a
Neighborhood Radiology of Hewlett, d/b/a Neighborhood Radiology of Elmont,
d/b/a Neighborhood Radiology of Astoria, d/b/a Neighborhood Radiology of
Forest Hills, CDP Holdings Group, LLC, d/b/a Neighborhood Radiology Management,
 Neighborhood Radiology Management Services, LLC, Neighborhood Radiology
Management Services II LLC, Neighborhood Radiology Management Services III LLC,
 and Neighborhood Radiology Management Services IV LLC

CV-002742-22

District Court of the County of Nassau

Debtor Name    Neighborhood Radiology Services, P.C.

Case number (if known)    1-22-41394

## Continuation Sheet for Official Form 207

**Third District: Great Neck**

**Pending**

-------

**Hudson Valley Interventional Medicine, P.L.L.C. v. Neighborhood Radioloty Services, P.C.**

**Claim 6824**

**Arbitration**

**American Health Law Association Alternative Dispute Resolution Service**

**Pending**

-------

**Island Valet Service, Inc. v. Neighborhood Radiology Services, PC**

**605858/2022**

**Breach of Contract/Collection**

**Supreme Court of the State of New York**

**County of Nassau**

**Pending**

-------

**Bessie and George Despotopoulos v. Neighborhood Radiology Services, PC**

**716651/2021**

**Malpractice**

**Supreme Court of the State of New York, County of Queens**

**Pending**

-------

**Signature Financial LLC v. Neighborhood Radiology Management Services, LLC, Neighborhood Radiology Services PC, and Long Island Radiology**

**607249/2022**

**Collection**

**Supreme Court of the State of New York**

**County of Nassau**

**Pending**

-------

Statement of Financial Affairs for Non-Individuals

Debtor Name ___Neighborhood Radiology Services, P.C._____

Case number (if known)___1-22-41394_____

## Continuation Sheet for Official Form 207

**Dell Financial Services LLC v. 812 Resources, LLC and Neighborhood Radiology Services, P.C.**

**21-1975-C395**

**Collection**

**District Court of Texas**

**Williamson County – 395th Judicial District Court, TX**

**Pending**

-------

**Dell Financial Services LLC v. CDP Holdings Group, LLC, Neighborhood Radiology Services, P.C., and Long Island Radiology Associates, P.C.**

**21-1974-C425**

**Collection**

**District Court of Texas**

**Williamson County – 425h Judicial District Court, TX**

**Pending**

-------

**Danziger & Markoff LLP v. Neighborhood Radiology Services P.C.**

**58272/2020**

**Collection**

**Supreme Court of the State of NY, County of New York**

**Pending**

-------

**227 Franklin Realty LLC v. Daniel DiPietro, Matthew Diament, M.D., and Neighborhood Radiology Services, P.C.**

**614830/2021**

**Supreme Court of the State of New York – County of Nassau**

**Pending**

-------

**Siemens Financial Services, Inc. v. Neighborhood Radiology Management Services, LLC. et. al.**

**608098/2021**

**Collection**

Debtor Name    Neighborhood Radiology Services, P.C.

Case number (if known)    1-22-41394

## Continuation Sheet for Official Form 207

**Supreme Court of the State of New York, County of Nassau**

**Pending**

**-------**

**Margaret Byron, as Administratrix v. Neighborhood Radiology Services PC., et. al.**

**703759/2019**

**Malpractice**

**Supreme Court of the State of New York, County of Queens**

**Concluded**

**-------**

**14) Previous Locations**

**47-16 Greenpoint Ave,**
**Sunnyside, NY 11104**

**227 Franklin Avenue,**
**Hewlett, NY 11557**

**92-37 Metropolitan Ave,**
**Forest Hills, NY 11375**

**20) Off-premises storage**

**Alpha Medical**

**Safe Guard Storage      41-15 Astoria Blvd N, Astoria, NY 11105**